**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**JIMMY BRIAN SCHOBERT,**

    **Plaintiff,**

**vs.**                                    **Case No. 4:17cv43-WS/CAS**

**JULIES JONES, SECRETARY,
DEPARTMENT OF
CORRECTIONS, et al.,**

    **Defendants.**
_____/

## REPORT AND RECOMMENDATION

Plaintiff, proceeding pro se, initiated this case on January 20, 2017, by filing a complaint, ECF No. 1, and an in forma pauperis motion, ECF No. 2. An Order was entered on February 7, 2017, granting in forma pauperis status to Plaintiff, ECF No. 5, and directing Plaintiff to file an amended complaint because his initial complaint was insufficient. ECF No. 4. The Order provided guidance to Plaintiff in filing the amended complaint and set a deadline for him to either file an amended civil rights complaint or notice of voluntary dismissal. *Id.* Plaintiff's deadline was March 8, 2017. *Id.* As of this date, nothing has been received from Plaintiff.

Plaintiff has taken no action to move this case forward. The prior Order warned Plaintiff that if he did not comply with the Order, a recommendation would be made to dismiss this case. ECF No. 4. Dismissal is now appropriate.

It is respectfully **RECOMMENDED** that this case be **DISMISSED** for failure to prosecute and comply with a Court Order.

**IN CHAMBERS** at Tallahassee, Florida, on March 20, 2017.

 S/     Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations. Fed. R. Civ. P. 72(b)(2). A copy of the objections shall be served upon all other parties. A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof. Fed. R. Civ. P. 72(b)(2). Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control. If a party fails to object to the Magistrate Judge's findings or recommendations as to any particular claim or issue contained in this Report and Recommendation, that party waives the right to challenge on appeal the District Court's order based on the unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636.**

Case No. 4:17cv43-WS/CAS